UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SHARI LAVERN REID,

    Plaintiff,

v.        Case No.:  2:19-cv-747-FtM-38NPM

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## **ORDER**[1]

Before the Court is Defendant Commissioner of Social Security's Unopposed Motion for Entry of Judgment with Remand (Doc. 20).  The Commissioner believes that a remand is appropriate to allow the administrative law judge ("ALJ") to reassess Plaintiff Shari Reid's claim, "including if warranted, what jobs Plaintiff can perform at step five of the sequential evaluation process."  (Doc. 20 at 1).  Reid does not oppose the Motion.

Under 42 U.S.C. § 405(g), the Court has the power to enter judgment, reversing and remanding a social security case for rehearing.  See also *Shalala v. Schaefer*, 509 U.S. 292, 296-98 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 101-02 (1991).  Given the parties' representations and agreement on the matter, the Court grants the Motion and remands for further proceedings.  See *Morgan v. Astrue*, No. 2:11-cv-615-FtM-29SPC, 2012 WL 695840, at *1 (M.D. Fla. Mar. 1, 2012).

Accordingly, it is now

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

**ORDERED:**

1. Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. 20) is **GRANTED**.

2. Defendant's decision denying benefits is **REVERSED** and this case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

3. The Clerk is **DIRECTED** to enter judgment, terminate all deadlines or pending motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 28th day of May, 2020.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record